UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LETICIA VAZQUEZ, ANA MURICA,
YOLANDA PAGUADA ROSALES,
ANA MARITZA RAMOS, and ANA
RAMIREZ,

                        Plaintiffs,

       -against-

PUPUSERIA SALVADORENA INC.,
and ELSY NOEMI VARGAS,

                        Defendants.
-------------------------------------------------------------------X

23 Civ. No. 09473 (ALC) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, September 05, 2024 at 10:00 a.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [285 202 435 47]** Passcode: [uHASqG]

      SO ORDERED.

DATED:    New York, New York
              May 29, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge