**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LETICIA VAZQUEZ, *et al.*,

                    Plaintiffs,                    23 Civ. No. 9473 (ALC) (GS)

    -against-                                      <u>**VIDEO STATUS**</u>
                                                               <u>**CONFERENCE ORDER**</u>

PUPUSERIA SALVADORENA INC., *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Thursday, November 7, 2024 at 10:00 a.m.**  Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [273 935 756 008] Passcode: [v2GNoL]**

       SO ORDERED.

DATED:    New York, New York
                September 5, 2024

                                                   */s/ Gary Stein*
                                            _____
                                            The Honorable Gary Stein
                                            United States Magistrate Judge