UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LETICIA VAZQUEZ, *et al.*,

                              Plaintiffs,                     23 Civ. No. 9473 (ALC) (GS)

       -against-

PUPUSERIA SALVADORENA INC., *et al.*,                         **VIDEO STATUS CONFERENCE ORDER**

                             Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, February 13, 2025 at 10:00 a.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [227 255 609 695]  Passcode: [WAYPjq]**

      SO ORDERED.

DATED:     New York, New York
              November 8, 2024

                                                             _____
                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge