**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LETICIA VAZQUEZ, *et al.,*

                    Plaintiffs,                      **23 Civ. No. 09473 (JAV) (GS)**

          -against-                           **PRE-SETTLEMENT**
                                                  **CONFERENCE ORDER**

PUPUSERIA SALVADORENA INC., *et al.,*

                    Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, May 20, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 943 595 52#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:     New York, New York
            May 2, 2025

                              _____
                              The Honorable Gary Stein
                              United States Magistrate Judge