UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LETICIA VAZQUEZ, *et al.,*

                            Plaintiffs,             **23 Civ. No. 9473 (JAV) (GS)**

     -against-

PUPUSERIA SALVADORENA INC., *et al.,*                      **ORDER SCHEDULING
SETTLEMENT CONFERENCE**

                           Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, June 23, 2025 at 1:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Monday, June 16, 2025**.

      **SO ORDERED.**

DATED:     New York, New York
               May 20, 2025

                                                                  _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge