

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

**MEMO ENDORSED**

June 6, 2025

Jiaxin Na, Esq.
Tel: (718) 500-3347
Email: jiaxin@seolawgroup.com

**VIA ECF**
The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

*Application granted. The settlement conference scheduled for June 23, 2025 (Dkt. No. 33) is hereby adjourned.  The parties are directed to submit to the Court proposed dates in August for rescheduling the adjourned settlement conference.*

*Date:   June 11, 2025*
*New York, NY*

**SO ORDERED:**

*[signature]*

**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**

> **Re:**   **Vazquez et al v. Pupuseria Salvadorena Inc. et al**
> Case No.: 1:23-cv-09473-JAV-GS

Dear Judge Stein:

   This office represents the Defendants in the above-referenced matter. With the consent of Plaintiffs' Counsel and pursuant to Your Honor's individual rules, the undersigned respectfully submit this letter motion requesting that the upcoming settlement conference, currently scheduled for June 23, 2025, be adjourned to a different date.

   The reason for this request is that the undersigned is still awaiting receipt of the majority of the documents relating to Defendants' financial hardship. By way of background, on May 22, 2025, Plaintiffs requested several categories of documents that would aid the parties further in ascertaining the status of Defendants' finances. As discussed at the pre-settlement conference held on May 20, 2025, the undersigned understands that it is critically important to provide these documents to Plaintiffs' Counsel prior to the settlement conference. However, additional time is required for our office to obtain, sort, and review the documents requested by Plaintiffs. Therefore, the undersigned makes this request to ensure that the financial documents are obtained and sent to Plaintiffs' Counsel for review in advance of the settlement conference. The parties believe that the exchange of such information will make the conference more fruitful.

   The parties conferred and confirmed the following availability to attend the settlement conference: anytime on July 14, July 21, July 28, 2025 or another Monday convenient for the Court.

   This is the first request to adjourn the settlement conference. This request will not affect other court appearances or deadlines.



# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340
We thank the Court for its time and attention to this matter.


Respectfully Submitted,
Seo Law Group, PLLC

By: _/s/Jiaxin Na_____
Jiaxin Na, Esq.
*Attorneys for Defendants*

cc: All counsel of record (via ECF)