

NEW YORK     CALIFORNIA     GEORGIA     PENNSYLVANIA

**Shawn R. Clark**
sclark@faruqilaw.com

October 15, 2025

**VIA ECF**
The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

**MEMO ENDORSED**

Application granted. The parties shall submit their joint request for approval of their FLSA settlement by no later than October 31, 2025.

Dated: October 15, 2025
         New York, New York

SO ORDERED:

*[signature]*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Re:   *Vazquez, et al. v. Pupuseria Salvadorena Inc., et al.*,
      No. 1:23-cv-09473-GS

Dear Judge Stein:

We represent Plaintiffs in the above-referenced action. The parties write jointly to inform the Court of the status of this matter and respectfully request an extension of time from today to October 31, 2025 to submit the parties' joint request to approve the parties' FLSA settlement. The parties are in the process of finalizing a settlement document, which we expect to promptly be executed by the parties. The parties intend to submit their motion for settlement approval promptly after execution.

The parties thank the Court for its time and attention.

Respectfully submitted,

*[signature]*

Shawn R. Clark

Cc:   All Counsel of Record (Via ECF)